Fuller B. Liddell et al., Trading as L. & L. Steel Company, Appellees, v. Sol Zimmerman, Trading as Micro Shear and Fabricating Company, Defendant. E. L. Snyder, Appellant.

Gen. No. 44,844.

 opinion filed October 26, 1949; released for publication November 10, 1949. Harold A. Liebenson, for appellant; Arthur S. Gomberg, for appellees; Samuel Nineberg, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.